Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC - 4 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | INDICTMENT    4:24-CR-6033-SAB-1 |
| v. | Vio.: 18 U.S.C. §§ 922(g)(1), 924(a)(8) Felon in Possession of a Firearm |
| JOEY JOSE LOPEZ, | |
| Defendant. | 18 U.S.C. §§ 922(g)(1), 924(a)(8) Felon in Possession of a Ammunition |
| | 18 U.S.C. § 924, 28 U.S.C. § 2461 Forfeiture Allegations |

The Grand Jury charges:

## COUNT 1

On or about November 12, 2024, in the Eastern District of Washington, the Defendant, JOEY JOSE LOPEZ, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year,

INDICTMENT – 1

did knowingly possess in and affecting commerce, firearms, to wit: a Glock, Model 43X, 9mm pistol, bearing serial number AKAR696, a Sig Sauer USA, Model P365, 9mm pistol, bearing serial number 66G325808, a Sig Sauer USA, Model P365, 9mm pistol, bearing serial number 66G104585, a Glock, Model 43, 9mm pistol, bearing serial number AKRL230, a Glock Austria, Model 27 Gen 5, .40 caliber, bearing serial number BYGL630, and a Glock Austria, Model 36, .45 ACP pistol, bearing serial number BYGS591, which firearms had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 2

On or about November 25, 2024, in the Eastern District of Washington, the Defendant, JOEY JOSE LOPEZ, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, ammunition, to wit: at least one round of .22LR ammunition and at least one round of .45 caliber pistol ammunition, which ammunition had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT – 2

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, Defendant, JOEY JOSE LOPEZ, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense.

DATED this __4__ day of December, 2024.

A TRUE BILL.

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Stephanie Van Marter_
Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 3